**In the Interest of K.D.J., Plaintiff.**

**Guardian Ad Litem, Cecilia O'CONNOR, Appellant,**

v.

**Ralph E. OLIVER, et ux., Respondents.**

**No. WD 46917.**

Missouri Court of Appeals, Western District.

June 1, 1993.

Sanford Paul Krigel, Kansas City, for appellant.

Michael S. Huffman, Independence, for respondents.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

## ORDER

Guardian ad litem appeals decree of adoption entered by juvenile court.

Judgment affirmed. Rule 84.16(b).